IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone:  650.618.4360
Facsimile:   650.618.4368

Attorneys for Plaintiff
KGR IP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KGR IP LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>            Defendant. | CASE NO.  CV 11-05589 CW<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| FORD MOTOR COMPANY,<br><br>            Counterclaim Plaintiff,<br><br>    v.<br><br>KGR IP LLC,<br><br>            Counterclaim Defendant. | |

It is hereby stipulated by and between Plaintiff KGR IP LLC ("KGR") and Defendant and Counterclaimant Ford Motor Company ("Ford") that pursuant to Fed. R. Civ. P. 41(a), the entire

action shall be dismissed with prejudice, including the complaint filed by KGR and the counterclaim filed by Ford. Each party shall bear its own costs and attorneys' fees.

Dated: November 1, 2012

| MCGUIREWOODS LLP | FEINBERG DAY ALBERTI & THOMPSON LLP |
|---|---|
| By: _/s/ David E. Finkelson_<br>　Allen B. Gresham II<br>　David E. Finkelson<br>　Amy L. Signaigo<br>　Derek Swanson | By: _/s/ Ian N. Feinberg_<br>　Ian N. Feinberg<br>　M. Elizabeth Day<br>　David Alberti<br>　Sal Lim<br>　Marc Belloli |
| Attorneys for Defendant and Counterclaimant<br>FORD MOTOR COMPANY | Attorneys for Plaintiff<br>KGR IP LLC |

IT IS SO ORDERED:

Dated November __2__, 2012

_/s/ Claudia Wilken_

Claudia Wilken, United States District Court Judge

## **ATTESTATION**

I, Ian N. Feinberg, am the ECF User whose ID and password are being used to file this Stipulation of Voluntary Dismissal with Prejudice. In compliance with General Order 45, X.B., I hereby attest that David Finkelson has read and approved this Stipulation of Voluntary Dismissal with Prejudice. I will maintain an executed copy of this Stipulation of Voluntary Dismissal with Prejudice in our files that can be made available for inspection upon request.

Dated: November 1, 2012          FEINBERG DAY ALBERTI & THOMPSON LLP


By: */s/ Ian N. Feinberg*
    Ian N. Feinberg

Attorneys for Plaintiff
KGR IP LLC